# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF FALCON GLOBAL OFFSHORE II LLC, AS OWNER, SEACOR MARINE LLC AS MANAGER/OPERATOR, AND SEACOR LIFTBOATS LLC, AS ALLEGED OWNER/OPERATOR OF THE SEACOR POWER PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * | CIVIL ACTION 21-1062<br><br>SECTION<br><br><br>JUDGE<br><br>MAG. |

\* \* \* \* \* \* \* \*

## NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOW INTO COURT, through undersigned counsel, Falcon Global Offshore II LLC, as owners, SEACOR Marine LLC, as manager/operator, and SEACOR Liftboats LLC as alleged owners/operators of the SEACOR POWER (collectively, "Petitioners") to submit the following Notice for publication:

**IN THE MATTER OF FALCON GLOBAL OFFSHORE II LLC, AS OWNER, SEACOR MARINE LLC AS MANAGER/OPERATOR, AND SEACOR LIFTBOATS LLC, AS ALLEGED OWNER/OPERATOR OF THE SEACOR POWER PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

**CIVIL ACTION NUMBER 21-1062**

**SECTION**

> Notice is given that the above-named Limitation Petitioners have filed a Complaint, pursuant to Sections 30501, *et seq.* of Title 46 of the United States Code (46 U.S.C. App. §30501, *et seq.*), for exoneration from or limitation of liability for all claims for any loss, damage, injury, or deaths caused on April 13, 2021, when the SEACOR POWER capsized in the Gulf of Mexico, approximately seven (7) to eight (8) nautical miles off the coast of Louisiana,

occasioned or arising out of the incident occurring on all as more fully set forth in the Complaint.

All persons having such claims must file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Court House, 500 Camp Street, New Orleans, Louisiana, and must serve a copy thereof on attorneys for Limitation Petitioners on or before the _____ day of _____, 2021, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall file and serve on the attorneys for Limitation Petitioners an answer to the Complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

New Orleans, Louisiana, this ____ day of June, 2020.

_____
Carol L. Michel, Clerk of Court

MURPHY, ROGERS, SLOSS,
 GAMBEL & TOMPKINS

*/s/ Peter B. Tompkins*

_____
Peter B. Tompkins, T.A. (#17832)
ptompkins@mrsnola.com
Peter B. Sloss (#17142)
psloss@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
Tarryn E. Walsh (#36072)
Twalsh@mrsnola.com
4851-0835-6589, v. 1