Minute Entry
June 9, 2021

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF FALCON GLOBAL OFFSHORE II, AS OWNER, SEACOR MARINE LLC AS MANAGER/OPERATOR, AND SEACOR LIFTBOATS LLC, AS ALLEGED OWNER/OPERATOR OF THE SEACOR POWER PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 21-1062<br><br><br>SECTION: "H" |

## MINUTE ENTRY

On June 9, 2021, the Court held an in-person status conference to discuss the status of the case. Peter Tompkins and Gary Hemphill participated on behalf of Petitioners in this matter. Hugh Lambert, Brian Mersman, Ian Taylor, and Paul Sterbcow participated on behalf of plaintiffs in related actions.

(JS-10:15)