**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN THE MATTER OF FALCON | CIVIL ACTION |
| GLOBAL OFFSHORE II, AS OWNER, | |
| SEACOR MARINE LLC AS | |
| MANAGER/OPERATOR, AND SEACOR | NO. 21-1062 |
| LIFTBOATS LLC, AS ALLEGED | |
| OWNER/OPERATOR OF THE SEACOR | |
| POWER PETITIONING FOR EXONERATION | |
| FROM OR LIMITATION OF LIABILITY | SECTION: "H" |

## ORDER

Before the Court is the Ex Parte Motion to Establish and Appoint Limitation Claimants' Leadership Structure (R. Doc. 13) filed by Limitation Claimants Bryan Mires, James Gracien, Hannah Daspit as Personal Representative of Decedent Dylan Daspit, Krista Vercher as Personal Representative of Decedent Joe Guevara, Jr., and Yvette J. Ledet in her own right and in her capacity as the legal and Personal Representative of her deceased husband, Captain David Ledet (collectively "Limitation Claimants"). Having considered the Motion and accompanying Memorandum in Support, the Court agrees that certain leadership structure is appropriate in this matter. Accordingly, to the extent the Motion requests that the Court appoint Co-Lead Liaison Counsel and an Executive Committee to act on behalf of Limitation Claimants in this matter,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that applications/nominations for the positions of Co-Lead Liaison Counsel and Executive Committee member be

mailed or faxed to Chambers on or before June 23, 2021. The main criteria for selection as Co-Lead Liaison Counsel or an Executive Committee member is: (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others; (c) experience in this type of litigation. Applications/nominations should succinctly address each of the above criteria as well as other relevant matters. No submissions longer than four (4) pages will be considered. The Court will only consider attorneys who have filed a civil action in this litigation and are admitted to practice in the Eastern District of Louisiana.

New Orleans, Louisiana this 17th day of June 2021.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**