UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF FALCON GLOBAL OFFSHORE II, AS OWNER, SEACOR MARINE LLC AS MANAGER/OPERATOR, AND SEACOR LIFTBOATS LLC, AS ALLEGED OWNER/OPERATOR OF THE SEACOR POWER PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 21-1062<br><br>SECTION: "H" |

## ORDER

On June 18, 2021, the Court approved a motion to create a leadership structure in this matter and ordered that applications/nominations for the positions of Co-Lead Liaison Counsel and Executive Committee be sent to chambers by June 23, 2021. Having reviewed those applications/nominations;

**IT IS ORDERED** that Paul Sterbcow and Hugh Lambert are appointed as Co-Lead Liaison Counsel in this matter.

**IT IS FURTHER ORDERED** that Kristi Post, Ian Taylor, Blake David, Richard Martin, and Hunt Downer are appointed to the Executive Committee in this matter.

New Orleans, Louisiana this 24th day of June, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE