UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF FALCON GLOBAL OFFSHORE II, AS OWNER, SEACOR MARINE LLC AS MANAGER/OPERATOR, AND SEACOR LIFTBOATS LLC, AS ALLEGED OWNER/OPERATOR OF THE SEACOR POWER PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 21-1062<br><br>SECTION: "H" |

## ORDER

**IT IS ORDERED** that a status conference with all counsel is **SET** for July 15, 2021 at 3:00p.m.

New Orleans, Louisiana this 24th day of June, 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**