AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| FALCON GLOBAL OFFSHORE II, LLC, ET AL | ) |
| *Plaintiff* | ) |
| v. | ) |
| SHELIA WALLINGSFORD, ET AL | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| DONJON MARINE CO., INC., ET AL | ) |
| *Third-party defendant* | ) |

Civil Action No.  21-1062 "H"(1)

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*    DONJON MARINE CO., INC.
THROUGH ITS AGENT FOR SERVICE:
PAUL A. WHITE, ESQ.
100 CENTRAL AVENUE
HILLSIDE, NJ 07205

A lawsuit has been filed against defendant   Shelia Wallingsford, et al  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Falcon Global Offshore II LLC  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Thomas M. Discon, Esq.
424 N. Causeway Blvd., Ste. A
Mandeville, LA 70448

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Peter B. Tompkins, Esq.
701 Poydras Street, Ste. 400
New Orleans, LA 70139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

Carol L. Michel
*Name of clerk of court*

*Deputy clerk's signature*

Date:    **Jun 18 2021**

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 21-1062 "H"(1)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Danjon Marine Co., Inc
Paul A. Witte, Esquire

was received by me on *(date)* June 29, 2021

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* Paul A Witte _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
Danjon Marine Co., Inc. on *(date)* June 30, 2021 ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/1/21

*Server's signature*

Larry Sobel - Process Server
*Printed name and title*

937 Seventh Place A-3
Union, New Jersey 07083
*Server's address*

Additional information regarding attempted service, etc: