1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF FALCON GLOBAL OFFSHORE II LLC, AS OWNER, SEACOR MARINE LLC, AS MANAGER/OPERATOR, AND SEACOR LIFTBOATS LLC, AS ALLEGED OWNER/OPERATOR, OF THE SEACOR POWER PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 2:21-CV-01062<br><br>SECTION: "H" (1)<br><br>JUDGE: JANE TRICHE MILAZZO<br><br>MAGISTRATE: JUDGE JANIS VAN MEERVELD |

**ORDER**

Considering Donjon Marine Company Inc.'s motion for extension of time to file its responsive pleading to Doc. 29 pursuant to Local Rule 7.8, and finding the requirements of Local Rule 7.8 to be satisfied;

IT IS ORDERED that the motion is GRANTED and Donjon Marine Company Inc.'s responsive pleading to Doc. 29 must be filed on or before August 6, 2021.

NEW ORLEANS, LOUISIANA, this 19th day of July 2021.

_____
UNITED STATES DISTRICT JUDGE

256568182v.1