UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF FALCON GLOBAL OFFSHORE II LLC, AS OWNER, SEACOR MARINE LLC AS MANAGER/OPERATOR, AND SEACOR LIFTBOATS LLC, AS ALLEGED OWNER/OPERATOR OF THE SEACOR POWER PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 21-01062<br><br>SECTION: "H" (1)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

Considering the foregoing Joint Motion for Voluntary Dismissal Pursuant to FRCP 41;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion is **GRANTED** and Donjon Marine Co., Inc. is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. Furthermore, Claimant reserves all claims and causes of action against all remaining defendants.

New Orleans, Louisiana this  17th  day of  August , 2021.

_____
JUDGE