# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN THE MATTER OF FALCON GLOBAL OFFSHORE II LLC, AS OWNER, SEACOR MARINE LLC AS MANAGER/OPERATOR, AND SEACOR LIFTBOATS LLC, AS ALLEGED OWNER/OPERATOR OF THE SEACOR POWER PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | * * * * * | **CIVIL ACTION 21-1062** <br><br> **SECTION "H"** <br><br><br> **JUDGE MILAZZO** <br> **MAG. van MEERVELD** |

\* \* \* \* \* \* \* \*

## ORDER NOTING DEFAULT

Considering the *Ex Parte* Motion for Order Noting Default filed by Limitation Petitioners,

**IT IS HEREBY ORDERED AND DECREED**, that all persons/entities claiming damages against Falcon Global Offshore II LLC, SEACOR Marine LLC, and SEACOR Liftboats LLC (collectively "SEACOR") for any loss, damage or injury arising out of or occurring as a result of the incident occurring on April 13, 2021, when the SEACOR POWER capsized in the Gulf of Mexico off the coast of Louisiana, all as more fully set forth in the Complaint (R. Doc. 1), who have not heretofore filed and presented a claim and answer, be and are hereby noted to be in default and are barred from filing any claim and answer in this or any other proceeding.

New Orleans, Louisiana, this __20th__ day of October 2021.

_____
UNITED STATES DISTRICT JUDGE

1