# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FALCON GLOBAL OFFSHORE II LLC, | * | CIVIL ACTION NO: |
| AS OWNER. SEACOR MARINE LLC, AS | * | 2:21-cv-01062-JTM-JVM |
| MANAGER/OPERATOR, AND SEACOR | * | |
| LIFTBOATS LLC, AS ALLEGED | * | JUDGE:  MILAZZO |
| OWNER/OPERATOR OF THE SEACOR POWER | * | |
| PETITIONING FOR EXONERATION FROM | * | MAG.: VAN MEERVELD |
| OR LIMITATION OF LIABILITY | * | |

**************************************************

## ORDER

CONSIDERING THE FOREGOING Motion for Leave to File First Supplemental and Amended Claim in Limitation and Third Party Complaint by Claimant, **Amanda Walcott-Harris,** individually and as personal representative of the estate of **Gregory Walcott (Decedent)**, and there being no opposition thereto;

IT IS HEREBY ORDERED that Claimants' Motion is hereby granted and the Clerk of Court shall accept for filing the File First Supplemental and Amended Claim in Limitation and Third Party Complaint of Claimant, **Amanda Walcott-Harris,** individually and as personal representative of the estate of **Gregory Walcott (Decedent)**,  attached as Exhibit A to the motion for leave.

New Orleans, Louisiana, this 3rd day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE