Minute Entry
January 10, 2022

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF FALCON GLOBAL OFFSHORE II, AS OWNER, SEACOR MARINE LLC AS MANAGER/OPERATOR, AND SEACOR LIFTBOATS LLC, AS ALLEGED OWNER/OPERATOR OF THE SEACOR POWER PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 21-1062<br><br>SECTION: "H" |

## MINUTE ENTRY

On January 10, 2022, the Court held a telephone status conference. Peter Tompkins participated on behalf of Petitioners. Hugh Lambert and Paul Sterbcow participated on behalf of Claimants. The parties discussed the agenda for the upcoming status conference.



(JS-10:30)

1