UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF FALCON GLOBAL OFFSHORE II LLC, AS OWNER, SEACOR MARINE LLC AS MANAGER/OPERATOR, AND SEACOR LIFTBOATS LLC, AS ALLEGED OWNER/OPERATOR OF THE SEACOR POWER PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 21-01062<br><br>SECTION: "H" (1)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

### ORDER DISMISSING CLAIMS OF ANGEL MORALES WITHOUT PREJUDICE

Considering the above and foregoing Motion to Dismiss the claims of ANGEL MORALES, Individually, without prejudice, it is hereby ORDERED the claims of ANGEL MORALES be and are hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 11th day of January, 2022.