**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN THE MATTER OF FALCON GLOBAL | * | CIVIL ACTION 21-1062 |
| OFFSHORE II LLC, AS OWNER, | | |
| SEACOR MARINE LLC AS | * | SECTION "H" |
| MANAGER/OPERATOR, AND SEACOR | | |
| LIFTBOATS LLC, AS ALLEGED | * | |
| OWNER/OPERATOR OF THE | | |
| SEACOR POWER | * | JUDGE MILAZZO |
| PETITIONING FOR EXONERATION | | |
| FROM OR LIMITATION OF LIABILITY | * | MAG. van MEERVELD |

\*     \*     \*     \*     \*     \*     \*     \*

## ORDER OF DISMISSAL

Considering the Consent Motion for Entry of Order of Dismissal filed by Limitation Petitioners, Falcon Global Offshore II LLC, SEACOR Marine LLC, and SEACOR Liftboats LLC (collectively, "Limitation Petitioners"), the following claims are hereby dismissed as to Limitation Petitioners and Talos Energy LLC with prejudice, each party to bear its own costs:

- Claim of James Gracien;

- Claim of Bryan Mires;

- Claim of Charles Scallan, Jr.;

- All claims on behalf of the Estate of Ernest Williams, including those of Brandy Williams Norris and Verley Williams, as well as claims brought in their individual capacity.

Claimants claims with respect to Donjon-SMIT, LLC and Semco, LLC are reserved.

New Orleans, Louisiana, this 26th day of October, 2022.

_____
U.S. DISTRICT JUDGE

4889-3642-3227, v. 1

1